**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 APR -2 PM 2: 06

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No: |
| | : | |
| Plaintiff, | : | **JUDGE** |
| | : | **2 : 15 cr   82** |
| vs. | : | |
| | : | Judge Marbley |
| ALISON L. ANTEKEIER | : | |
| | : | 18 U.S.C. § 401(3) |
| Defendant | : | Criminal Contempt |

### INFORMATION

**THE UNITED STATES ATTORNEY CHARGES**:

### COUNT 1

Beginning on or about January 7, 2012, continuing through and including January 27, 2015, in the Southern District of Ohio and elsewhere, Defendant ALISON L. ANTEKEIER, did willfully and knowingly disobey and resist a lawful order of a Court of the United States, that is, an order by the Honorable Edmund A. Sargus, Jr., United States District Court Judge who ordered Defendant ALISON L. ANTEKEIER to personally appear at a November 7, 2012, hearing in civil case number 2:06-cv-292 in the Southern District of Ohio, which after her failure to appear, caused a bench warrant for Defendant ALISON L. ANTEKEIER's arrest to be issued on November 7, 2012.

In violation of 18 U.S.C. § § 401(3).

CARTER M. STEWART
United States Attorney

GARY L. SPARTIS
Columbus Branch Chief