IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 APR -2 PM 2:06
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES OF AMERICA

vs.

ALISON L. ANTEKEIER

Case No. 2:15 cr 82
JUDGE Judge Marbley

GOVERNMENT'S PLEA AGREEMENT SUBMISSION
OF ELEMENTS AND PENALTIES FOR 18 U.S.C. § 401(3)

1. ELEMENTS: 18 U.S.C. § 401(3)

First: There was a violation amounting to criminal contempt;

Second: Of a clear and reasonably specific order;

Third: The violation was done knowingly and willfully; and

Fourth: The offense occurred in relation to orders issued from the U.S. District Court for the Southern District of Ohio on or about the dates alleged in the Information.

2. PENALTIES

A. Mandatory Minimum: None.

B. Possible Maximum: Life imprisonment, a fine of $100,000, one year supervised release, and $100 special assessment.

Respectfully submitted,
CARTER M. STEWART
United States Attorney

_____
DOUGLAS W. SQUIRES (0073524)
Assistant United States Attorney