# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### U.S. Probation Office

John S. Dierna
Chief U.S. Probation Officer

Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 546
Columbus, OH 43215-2398
Phone: 614-719-3100
Fax: 614-719-3101

110 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3980
Phone: 513-564-7575
Fax: 513-564-7587

702 Federal Building
200 West Second Street
Dayton, OH 45402-1411
Phone: 937-512-1450
Fax: 937-225-2755

**Reply to: Columbus**

April 8, 2015

Mr. Dennis W. McNamara, Esq.
McNamara Law Office - 2
88 East Broad Street, Suite 1350
Columbus, Ohio 43215
614-464-2770
mcnamara@rrohio.com

Mr. Douglas W. Squires
United States Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715, Voice
(614) 469-5653, Fax
douglas.squires@usdoj.gov

RE: **ALISON L. ANTEKEIER**
    2:15 CR 82

Dear Counsels:

## DISCLOSURE NOTIFICATION

The presentence investigation ordered in the above case will be completed and the initial presentence report will be sent to you via email on May 13, 2015.

You and/or your client have until June 3, 2015 to communicate objections to United States Probation Officer Lisa M. Dopp at 719-3100 so that any objections may be resolved informally. Please forward any objections directly to the probation officer rather than filing the objections electronically with the clerk's office.

It is suggested that you and your client may want to review the report with the Probation Officer. The Probation Office has found that this often brings immediate resolution of a number of objections. The final presentence investigation report will be sent to the Court and the parties by June 24, 2015.

When the "final presentence report" is sent to the Judge, you will receive two copies even if there are no changes. The final presentence report will have addenda and certification and will be the official report used by the Court at the time of sentencing and sent to the Court of Appeals, if necessary.

Unauthorized copying or disclosure of the information contained in any draft or final presentence report, addendum, statement, or attachment to such a report is prohibited.

Very truly yours,

John S. Dierna, Chief
U.S. Probation Officer

CC: Clerk of Courts  - Ms. Betty Clark (Marbley)